IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY A. THORSON**                                                **PLAINTIFF**

v.                    **CASE NO. 4:20-CV-00418-BSM**

**UNITED STATES OF AMERICA,** *et al.*                         **DEFENDANTS**

### ORDER

After *de novo* review of the record, including Corey Thorson's objections, United States Magistrate Judge Jerome Kearney's recommended disposition [Doc. No. 10] is adopted, and the complaint [Doc. No. 1] is dismissed without prejudice for failure to prosecute, *see* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 13th day of August, 2020.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE